Case No: 10-40905-7  JMK  Judge: JANICE MILLER KARLIN  Trustee Name: Robert L. Baer, Trustee
Case Name: JOHNSON, KEVIN L  Date Filed (f) or Converted (c): 05/27/10 (f)
  341(a) Meeting Date: 06/30/10
For Period Ending: 08/23/10  Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate: 1413 Riverside Dr, Lawrence KS 66044 | 152,000.00 | 0.00 | DA | 0.00 | FA |
|    Mortgage 1: Bank of America = $150,000 | | | | | |
|    Mortgage 2: EMC Mortgage = $27,000 | | | | | |
|    Debtor Claimed Exemption | | | | | |
| 2. Real Estate: Lots 376-378, Topeka, KS | 1,030.00 | Unknown | | 0.00 | Unknown |
| 3. Cash | 60.00 | 60.00 | | 0.00 | 60.00 |
| 4. Midwest Regional Credit Union | 25.00 | 6.58 | | 0.00 | 6.58 |
| 5. Meritrust Credit Union | 25.00 | 25.26 | | 0.00 | 25.26 |
| 6. HOUSEHOLD GOODS & FURNISHINGS | 300.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. assorted novels, Bibles, old CD's | 300.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 8. clothing | 300.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 9. wedding ring, masonic ring | 500.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 10. Firearms: SW 686 357 Mag | 275.00 | Unknown | | 0.00 | Unknown |
| 11. Annuity: ING | 2,609.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 12. KPERS | 50,000.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 13. Vehicle: 1993 Ford F250 | 1,000.00 | 0.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 14. Vehicle: 2002 Volvo S/80 | 7,500.00 | 0.00 | DA | 0.00 | FA |
|    Wife has this car and is making the payments | | | | | |
|    Lien holder: Meritrust CU | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $215,924.00  $91.84   $0.00  $91.84

Case No: 10-40905-7  JMK  Judge: JANICE MILLER KARLIN  Trustee Name: Robert L. Baer, Trustee
Case Name: JOHNSON, KEVIN L  Date Filed (f) or Converted (c): 05/27/10 (f)
341(a) Meeting Date: 06/30/10
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating sale of real estate;

Initial Projected Date of Final Report (TFR): 03/30/11    Current Projected Date of Final Report (TFR): 03/30/11

/s/    Robert L. Baer, Trustee
_____  Date: 08/23/10

ROBERT L. BAER, TRUSTEE
COSGROVE, WEBB & OMAN
534 S. KANSAS AVE · SUITE 1100
TOPEKA, KS  66603
Phone: (785) 235-9511
Email: rbaer@epitrustee.com
Bar Number: 9387