IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: | ) |
| | ) |
| JOHNSON, KEVIN L | ) Case No. 10-40905-7 |
| Debtors. | ) |

**TRUSTEE'S MOTION TO EMPLOY ATTORNEY**

COMES NOW the duly qualified and acting Trustee, Robert L. Baer, and moves the Court for an Order appointing and employing Cosgrove, Webb & Oman as attorneys for the Trustee in the above-captioned matter. In support of this request, the Trustee alleges and states as follows:

1. That applicant is the duly qualified and acting Trustee in this case.

2. That to perform his duties as Trustee, applicant requires the services of Cosgrove, Webb & Oman for the following purposes:

   A. To advise and consult with applicant concerning questions arising in the conduct of the administration of the estate and concerning applicant's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

   B. To appear for, prosecute, defend and represent applicant's interest in suits arising in or related to this case;

   C. To investigate and prosecute preference and other actions arising under the Trustee's avoiding powers;

   D. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate; and

   E. To prepare tax returns as are required and to advise and consult with the applicant concerning tax matters.

3. For the foregoing and all other necessary and proper purposes, applicant desires to retain generally the law firm of Cosgrove, Webb & Oman as counsel for the Trustee.

4. Because Cosgrove, Webb & Oman has extensive experience in bankruptcy reorganization and debtor/creditor matters, applicant feels that said law firm is well qualified to render the foregoing services.

5. That based upon the declaration attached hereto, applicant believes that said law firm and its members and associates do not hold or represent any interest adverse to that of applicant or the estate and that said law firm is a disinterested person within the meaning of 11 U.S.C. §101(14). Applicant is informed that the normal hourly billing rates of said law firm at the time of this application is as follows:

| | |
|---|---|
| Robert L. Baer | $200 per hour; |
| Other Partners and Of Counsel to the firm | $175 per hour; |
| Other Associates of the firm | $125 per hour; |
| Paralegals | $65 per hour. |

It is contemplated that said attorneys will seek compensation based upon normal and usual hourly billing rates. It is further contemplated that said attorneys will seek interim compensation of the case as permitted by 11 U.S.C. § 331.

6. The address of Cosgrove, Webb & Oman is 534 S. Kansas Ave Suite 1100, Topeka, Kansas 66603 and its employer identification number is 48-0571940.

7. To the best of applicant's knowledge, all the connections of Cosgrove, Webb & Oman with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee are only as set forth in the accompanying Affidavit.

WHEREFORE, applicant prays that he be authorized to employ Cosgrove, Webb & Oman as his attorneys to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

s/ Robert L. Baer  
Robert L. Baer #9387  
534 S. Kansas Ave Suite 1100  
Topeka, Kansas 66603  
(785) 235-9511; 235-2082 fax  
Email: robert.baer@cosgrovelaw.com  
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2010, I caused a true and correct copy of the above and foregoing Trustee's Motion to Employ Attorney and a proposed Order thereon to be electronically sent or placed in the United States mail, first class, postage prepaid and properly addressed to those persons listed below.

United States Trustee
301 N. Main Suite 1150
Wichita, KS 67202

s/ Robert L. Baer  
Robert L. Baer #9387

# AFFIDAVIT OF PROPOSED ATTORNEYS

STATE OF KANSAS      )
                     ) SS:
COUNTY OF SHAWNEE    )

I, Robert L. Baer, of Cosgrove, Webb & Oman, hereby make solemn oath that:

1. I am an attorney at law duly admitted to practice in the State of Kansas and in this Court and that each of the partners and associates of the law firm of Cosgrove, Webb & Oman are duly admitted to practice in the state of Kansas and this Court.

2. Cosgrove, Webb & Oman maintains an office for the practice of law at 534 S. Kansas Ave Suite 1100, Topeka, Kansas 66603.

3. The law firm of Cosgrove, Webb & Oman has extensive experience in bankruptcy reorganization and debtor/creditor law. The firm is well qualified to represent the Trustee generally herein, and is willing to accept employment on the basis set forth in the annexed application.

4. The law firm of Cosgrove, Webb & Oman, its members and its associates, do not hold any interest adverse to the above-entitled estate and said law firm is a disinterested person as defined in 11 U.S.C. §101(14) and it is understood that there is continuing duty to disclose any such adverse interest.

5. Excepting only that Robert L. Baer is a Chapter 7 panel trustee and is also a partner in Cosgrove, Webb & Oman and further as set forth therein, to the best of Affiant's knowledge, Cosgrove, Webb & Oman has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee which prevents Cosgrove, Webb & Oman from being a disinterested person under 11 U.S.C. §101(14) or which results in a conflict of interest under the

rules applicable to attorneys in the State of Kansas or which in the opinion of Affiant is material to the determination of disinterestedness or conflict.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert L. Baer #9387

Subscribed and sworn to before me on this 30th day of October, 2009.

_____
Notary Public

My commission expires: 3/20/2010