# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: | ) |
| | ) |
| **JOHNSON, KEVIN L** | ) Case No. 10-40905-7 |
| | ) |
| | ) |
| Debtor(s) | ) |

## MOTION FOR ABANDONMENT

**COMES NOW** the Trustee, Robert L. Baer, and for and in support of his Motion to Abandon shows the Court:

1. The Trustee has reviewed the Schedules and Statement of Financial Affairs and received the statements of the Debtor(s) under penalty of perjury.

2. Giving due consideration to exemptions and security interests, the property of the estate is burdensome to the estate or is of inconsequential value and benefit to the estate.

**WHEREFORE**, the Trustee respectfully prays for the Order of this Court granting this Motion and Ordering that the property is abandoned.

Respectfully submitted,

/s/ John T. Houston
**Robert L. Baer #9387**
**John T. Houston #16552**
**COSGROVE, WEBB & OMAN**
534 S. Kansas Avenue · Suite 1100
Topeka, Kansas 66603
785/ 235-9511; 235-2082 fax
e-mail: robert.baer@cosgrovelaw.com
e-mail: john.houston@cosgrovelaw.com
*Attorneys for Chapter 7 Trustee*