**SO ORDERED.**

**SIGNED this 16 day of February, 2011.**



_____
JANICE MILLER KARLIN
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: | ) |
| | ) |
| **JOHNSON, KEVIN L** | ) Case No. 10-40905-7 |
| | ) |
| Debtor(s) | ) |

### ORDER OF ABANDONMENT

**NOW** comes this matter on before the Court upon the Motion of the Trustee for abandonment.

The Court, being first duly advised on the premises, upon review of the file, the statements of the Trustee and for good cause shown finds and orders that the assets of the estate should be, and hereby are, abandoned.

**IT IS SO ORDERED.**

# # #

*JOHNSON, KEVIN L; Case No. 10-40905-7*
*ORDER OF ABANDONMENT*
*Page ……. Two*

Approved:

/s/ John T. Houston
**John T. Houston #16552**
**COSGROVE, WEBB & OMAN**
534 S. Kansas Avenue · Suite 1100
Topeka, Kansas 66603
785/235-9511; 235-2082 fax
e-mail: john.houston@cosgrovelaw.com
*Attorneys for Chapter 7 Trustee*