Form fnldec  (Revised 10/07/2009)

United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 10–40905  Chapter: 7

In re:

Kevin L Johnson
1413 Riverside Dr
Lawrence, KS 66044

SSN: xxx–xx–1122

| Entered By The Court 2/17/11 | FINAL DECREE | Filed By The Court 2/17/11 Fred Jamison Clerk of Court US Bankruptcy Court |
|---|---|---|

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Robert L Baer is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 25

s/ Janice Miller Karlin
United States Bankruptcy Judge